# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MAURICE ANTHONY POTILLO (#747521)

VERSUS

ELIZABETH MURRILL, ET AL

CIVIL ACTION

24-551-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 16, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person in State Custody, filed by Maurice Potillo, is **DENIED** as unexhausted and that this proceeding is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that, if Potillo seeks to appeal a decision dismissing his claims, a certificate of appealability be **DENIED.**

Signed in Baton Rouge, Louisiana the ____ day of April, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.